IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN DEETER,

    Plaintiff,

v.

                              Case No. 20-cv-881-jdp

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security against plaintiff Nathan Deeter affirming the Commissioner's decision and dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | 7/15/2021 |
| Peter Oppeneer, Clerk of Court | Date |